IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE PROPRIETORS OF STRATA PLAN NO. 36, a Turks and Caicos corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 13 C 8669 |
| v. | ) ) | Judge Robert W. Gettleman |
| CORALGARDENS.COM, a domain name registered in Illinois, | ) ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, defendant Coralgardens.com's "Motion to Stay Pending Cancellation Action Filed in the TTAB" (Doc. 52) is granted in part and denied in part. The discovery cutoff date of September 23, 2014, is vacated and discovery is continued generally. Discovery on the issue of cancellation and the affirmative defenses may proceed until further order of the court. The court stays trial or the filing of any dispositive motions until further order. This matter is set for a report on status on September 30, 2015, at 9:30 a.m.

**ENTER:** July 31, 2014

**Robert W. Gettleman**
**United States District Judge**