1                    **TRANSCRIBED FROM DIGITAL RECORDING**

2                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
3                              EASTERN DIVISION

4
     THE PROPRIETORS OF STRATA PLAN NO.    )   Docket No. 13 C 8669
5    36, a Turks and Caicos Corporation,   )
                                           )
6                            Plaintiff,    )
                                           )
7                 vs.                      )
                                           )
8    CORALGARDENS.COM (Internet Domain     )
     Name),                                )   Chicago, Illinois
9                                          )   December 1, 2015
                      Defendant - In Rem.  )   9:36 o'clock a.m.
10
                       TRANSCRIPT OF PROCEEDINGS - STATUS
11       BEFORE THE HONORABLE SUSAN E. COX, MAGISTRATE JUDGE

12   APPEARANCES:

13   For the Plaintiff:        KURTZ LAW OFFICES, LTD.
                               BY:  MS. DANA L. KURTZ
14                             32 Blaine
                               Hinsdale, Illinois  60521
15

16   For Reef Residences:      GREENBERG TRAURIG, LLP
                               BY:  MR. CAMERON NELSON
17                             77 W. Wacker Drive, Suite 3100
                               Chicago, Illinois  60601
18

19   Transcriber:             MS. JOENE HANHARDT
                              Official Court Reporter
20                            219 S. Dearborn Street, Suite 1744-A
                              Chicago, Illinois  60604
21                            (312) 435-6874
                  * * * * * * * * * * * * * * * * * *
22                    PROCEEDINGS RECORDED BY
                         DIGITAL RECORDING
23               TRANSCRIPT PRODUCED BY COMPUTER

24      *** PLEASE NOTIFY OF CORRECT SPEAKER IDENTIFICATION ***
        NOTE:   FAILURE TO STAND NEAR THE MICROPHONE MAKES PORTIONS
25                      UNINTELLIGIBLE AND INAUDIBLE

1          THE CLERK:  Case No. 13 C 8669, Proprietors of Strata

2    Plan No. 36 vs. Coralgardens.com.

3          MR. NELSON:  Good morning, your Honor, Cameron Nelson

4    here on behalf of the third-party Reef Residences.

5          THE COURT:  Good morning.

6          MS. KURTZ:  Good morning, your Honor, Dana Kurtz on

7    behalf of the plaintiff.

8          THE COURT:  Do I have anything left to do in this

9    case?

10         MS. KURTZ:  Not right now because there is a stay.

11   So --

12         MR. NELSON:  Not at the moment.

13         THE COURT:  Yes.

14         And --

15         MR. NELSON:  Here --

16         MS. KURTZ:  I am sorry.

17         THE COURT:  Yes, go ahead.

18         MR. NELSON:  Here is where I think we are

19   procedurally, your Honor.

20         All right.  Counsel just informed me that in the TTAB

21   they just filed a summary judgment motion.

22         THE COURT:  All right.

23         MR. NELSON:  But I don't have it yet.

24         But, procedurally, here is what I think happens.  The

25   TTAB will stay or suspend the current dates and proceedings

1    while it considers the motion.

2           I know that we are going to have a discovery motion

3    that we are going to file, also.  And, so, proceedings will be

4    suspended while those motions are worked out.

5           You may get a copy of that discovery motion because we

6    -- I am thinking I will file it there and here, because it

7    applies to both cases.

8           It doesn't necessarily mean you need to jump on it.

9    We will lay out in the motion where things are procedurally, so

10   that -- you know, I don't want to have two tribunals working on

11   the same thing.

12          THE COURT:  Nor do I.

13          MR. NELSON:  But we will probably file it and then let

14   you know where everything stands.

15          My best guess is the TTAB, to rule on the summary

16   judgment motion, probably 90-ish days.  So, we are definitely

17   into next year.

18          THE COURT:  Yes.

19          MR. NELSON:  And, then, assuming the motion is denied,

20   then they will turn to our motion to compel.  And, then, I

21   think that the TTAB will continue to work on these things, you

22   know --

23          THE COURT:  Yes.

24          MR. NELSON:  -- until next April.

25          Because there is this discovery issue -- and I don't

1  have the motion on file yet -- we will make it clear in our

2  motion whether we are asking you to rule on it or whether we

3  are asking you to not rule on it and wait for the TTAB.

4        I haven't had time, because I just found out about the

5  summary judgment motion, to consider all the procedural impact

6  on all of this.

7        So -- but if, ultimately, what you are asking is,

8  "Should I kick this back to Judge Gettleman -- "

9        THE COURT:  That is what I am asking.

10       (Laughter.)

11       MR. NELSON:  It seemed like you were there.

12       There is a discovery issue that has arisen, that I

13  think needs to be worked out --

14       THE COURT:  Right.

15       MR. NELSON:  -- whether --

16       THE COURT:  So, the answer is, "No"?

17       MR. NELSON:  Yes.

18       MS. KURTZ:  Your Honor, the only thing I would say in

19  relationship to what Mr. Nelson said, is that they served

20  discovery in -- the exact same discovery in -- both cases.

21       THE COURT:  Yes.

22       MS. KURTZ:  So, really, they relate to the TTAB case.

23  And my thought was, you know, waiting on the TTAB to file a

24  motion for summary judgment -- I mean, I am sorry, waiting on

25  the TTAB to rule --

```
 1              THE COURT:  Yes.

 2              MS. KURTZ:  -- on summary judgment.

 3              I apologize.

 4              THE COURT:  That is all right.

 5              MS. KURTZ:  Then we may file a motion to stay in this

 6   case of all of the proceedings because, really, this case was

 7   only proceeding on what was in relationship to the TTAB case.

 8   So --

 9              THE COURT:  Right.

10              MS. KURTZ:  -- I hesitate --

11              THE COURT:  That was -- the scope of the discovery was

12   in there.

13              MS. KURTZ:  Correct.

14              THE COURT:  All right.

15              MS. KURTZ:  So, I think it really makes sense -- and I

16   just have to talk to my client -- to file a motion to stay.

17              THE COURT:  Well, yes.  You guys figure it out.

18              MS. KURTZ:  Exactly.

19              THE COURT:  And just, you know, keep me in the loop.

20   But I won't set any more -- I won't set any more -- dates.

21              But I won't recommend that the referral be closed,

22   either.  That is really why I wanted to see you.  Okay?

23              All right.  Well --

24              MR. NELSON:  And, then, perhaps so we don't lose track

25   of the case --
```

```
 1            THE COURT:  Yes.
 2            MR. NELSON:  -- to put it on -- maybe order us to let
 3  you know when the TTAB rules on a certain event?
 4            THE COURT:  Yes --
 5            MR. NELSON:  Do you want to pick a --
 6            THE COURT:  -- we will put that in the order.
 7            MR. NELSON:  So, say, when the summary judgment motion
 8  is disposed of, we will submit a status report one way or
 9  another.
10            THE COURT:  Okay.
11            MR. NELSON:  And, then, we will update you
12  procedurally.
13            THE COURT:  Okay.
14            MR. NELSON:  And, that way, we don't lose track of the
15  case.
16            THE COURT:  Okay.  That sounds good.
17            All right.  Good luck.
18            MR. NELSON:  Okay.
19            MS. KURTZ:  Thank you.
20            THE COURT:  Happy holidays --
21            MR. NELSON:  Thank you, your Honor.
22            THE COURT:  -- although I understand you are going to
23  be busy, Ms. Kurtz.
24            (Laughter.)
25            MS. KURTZ:  I am.
```

1          (Laughter.)

2          MS. KURTZ:  We tried.

3          THE COURT:  Well, we did, but --

4          MS. KURTZ:  We did try.

5          THE COURT:  -- we didn't get very far.

6          MS. KURTZ:  Yes.

7          THE COURT:  So, I am going to send my law clerk up to

8    watch some of that trial.  I am curious to see how it comes

9    out.

10          MS. KURTZ:  That will be good.

11          Thank you.  Happy holidays.

12          THE COURT:  Take care.

13                    *   *   *   *   *

14    I certify that the foregoing is a correct transcript from the
     digital recording of proceedings in the above-entitled matter,
15    to the best of my ability, given the limitations of using a
     digital-recording system.

16

17    /s/ Joene Hanhardt                December 2, 2015
     Official Court Reporter

18

19

20

21

22

23

24

25