THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PROPRIETORS OF STRATA PLAN NO. 36, a Turks and Caicos Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CORALGARDENS.COM, a domain name registered in Illinois,<br><br>    Defendant. | Case No. 13 CV 8669<br><br>Honorable Robert W. Gettleman<br>Honorable Susan E. Cox |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Dkt. 143), the parties hereby submit this Joint Status Report, and state as follows:

1. On April 24, 2017, Magistrate Judge Cox entered the following order:

   The Court has reviewed the parties' Joint Status Report [142], which indicates that a trial schedule has been entered in the TTAB action. This Court orders that the parties provide this Court with an updated status report regarding the TTAB proceedings on 8/31/17. (Dkt. No. 140.)

2. On April 3, 2017, the TTAB issued an order confirming that the trial dates set in the TTAB's March 20, 2017, order stand as follows:

   | | |
   |---|---|
   | Plaintiff's Pretrial Disclosures | **3/31/2017** |
   | Plaintiff's 30-day Trial Period Ends | **5/15/2017** |
   | Defendant's Pretrial Disclosures | **5/30/2017** |
   | Defendant's 30-day Trial Period Ends | **7/14/2017** |
   | Plaintiff's Rebuttal Disclosures | **7/29/2017** |
   | Plaintiff's 15-day Rebuttal Period Ends | **8/28/2017** |

3. The trial period is now closed, and the parties expect post-trial briefing to be complete on or around December 11, 2017.

WHEREFORE, in view of the TTAB trial schedule noted above, the parties propose that they file a joint status report within 120 days.

Respectfully submitted,

| /s/ Marc H. Trachtenberg | /s/ Dana L. Kurtz |
|---|---|
| Marc H. Trachtenberg | Dana L. Kurtz, Esq. |
| Cameron M. Nelson | KURTZ LAW OFFICES, LTD. |
| Matthew J. Levinstein | 32 Blaine Street |
| GREENBERG TRAURIG, LLP | Hinsdale, Illinois 60521 |
| 77 West Wacker Drive, Suite 3100 | Phone: (630) 323-9444 |
| Chicago, IL 60601 | Fax: (630) 604-9444 |
| Phone (312) 456-3400 | E-mail: dkurtz@kurtzlaw.us |

***Attorneys for Defendant***
***CORALGARDENS.COM***

Brian J. Rayment, Esq.
KIVELL, RAYMENT & FRANCIS, P.C.
7666 East 61st St., Suite 550
Tulsa, OK 74133
Phone: (918) 294-0047
Fax: (918) 254-7915
Email: brayment@kivell.com

***Attorneys for Plaintiff THE PROPRIETORS OF STRATA PLAN NO. 36***

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing was served on Plaintiff's counsel of record via the Court's CM/ECF document filing system:

Dana L. Kurtz, Esq.
KURTZ LAW OFFICES, LTD.
32 Blaine Street
Hinsdale, Illinois 60521
Phone: (630) 323-9444
Fax: (630) 604-9444
E-mail: dkurtz@kurtzlaw.us

Brian J. Rayment, Esq.
KIVELL, RAYMENT & FRANCIS, P.C.
7666 East 61st St., Suite 550
Tulsa, OK 74133
Phone: (918) 294-0047
Fax: (918) 254-7915
Email: brayment@kivell.com

                                                     /s/ Marc H. Trachtenberg